UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| LARRY HAAG,<br><br>Plaintiff,<br><br>v.<br><br>PORTFOLIO RECOVERY ASSOCIATES, LLC,<br><br>Defendant. | Case No: 1:23-cv-399 |

## NOTICE OF SETTLEMENT

COMES NOW, Plaintiff Larry Haag, by and through the undersigned counsel, and gives notice to the court that a settlement has been reached between the Plaintiff and Defendant Portfolio Recovery Associates, LLC in this matter.

1. Plaintiff and Defendant have settled all matters in controversy in principle and are in the process of finalizing their settlement of this matter.

2. The parties expect to file a notice of voluntary dismissal with prejudice within the next 60 days as part of that settlement.

3. The parties request a stay of 60 days to allow the parties time in which to finalize the settlement agreement, procure all necessary signatures, and allow the parties adequate time to fulfill the terms of the settlement agreement in their entirety.

WHEREFORE the Plaintiff respectfully requests that the Court vacate all outstanding case deadlines and court dates and allow the parties 60 days in which to file a notice of voluntary dismissal as to Portfolio Recovery Associates, LLC, along with any other relief the Court deems just and proper.

Dated: April 25, 2023

                          Respectfully Submitted,

                          **HALVORSEN KLOTE**

By:    /s/ Joel Halvorsen

                          Joel S. Halvorsen, #67032
                          680 Craig Road, Suite 104
                          St. Louis, MO  63141
                          P: (314) 451-1314
                          F: (314) 787-4323
                          joel@hklawstl.com
                          *Attorneys for Plaintiff*